

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

———————

June 11, 2020

*Via ECF*
Hon. William H. Pauley, III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

           Re: Reappointment Pursuant to the CJA for Compassionate
               Release Motion for Tyrone Turner
               *United States v. Felton, et al.*, 17 cr 21

Dear Judge Pauley:

      I am respectfully requesting to be reappointed under the Criminal Justice Act to represent Tyrone Turner for purposes of a Compassionate Release Motion. I represented Mr. Turner in the above criminal matter before Your Honor. I inadvertently neglected to do this earlier when I was first approached by Mr. Turner. I respectfully request to be reappointed in this matter with a *Nunc Pro Tunc* date of April 19, 2020.

Application granted.

SO ORDERED:

*/s/ William H. Pauley*
WILLIAM H. PAULEY III
U.S.D.J.

June 11, 2020

Respectfully submitted,

s/
Lorraine Gauli-Rufo, Esq.
CJA Attorney