**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/16/24__

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

August 2, 2024

*Via ECF*
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re: USA vs. Felton (Tyrone Turner)
            1:17-cr-00021-ALC

Dear Judge Carter:

    I was appointed under the Criminal Justice Act ("CJA") as attorney for Tyrone Turner in the above captioned matter. We have concluded our representation of Mr. Turner; therefore, I am respectfully requesting to be removed from notifications in this case. Your Honor's time and consideration of this request is greatly appreciated.

                Respectfully submitted,

                Lorraine Gauli-Rufo, Esq.

The application is **GRANTED**.
So Ordered.

cc: All counsel of record

_Andrew L. Carter_  8/16/24